IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CARLOS CARDONA,                  )
                                 )
                  Petitioner,    )              4:05CV3118
                                 )
        vs.                      )                ORDER
                                 )            (HABEAS CORPUS)
ROBERT HOUSTON,                  )
                                 )
                  Respondent.    )


        The petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a request to proceed in forma pauperis. The court has received a certified copy of the petitioner's institutional trust account information. I find that the petitioner is eligible to proceed in forma pauperis. Accordingly, the motion for leave to proceed in forma pauperis is granted, and the petitioner is excused from paying the filing fee.

        Therefore, filing no. 2, the petitioner's motion for leave to proceed in forma pauperis, is granted.

        SO ORDERED.

        DATED this 26th day of May, 2005.

                                  BY THE COURT:




                                  s/F. A. GOSSETT
                                  United States Magistrate Judge